10/16/2015         TDCJ Offender Details

84,022-0

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |

**SID Number:**                                   08133963

**TDCJ Number:**                              01833863

**Name:**                                            PHILLIPS,LAWRENCE JACKSON

**Race:**                                              B

**Gender:**                                        M

**DOB:**                                               1990-01-16

**Maximum Sentence Date:**              2020-10-26

**Current Facility:**                       WALLACE

**Projected Release Date:**             2020-10-26

**Parole Eligibility Date:**              2016-10-26

**Offender Visitation Eligible:**        YES

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**                Offender is not scheduled for release at this time.

**Scheduled Release Type:**               Will be determined when release date is scheduled.

**Scheduled Release Location:**         Will be determined when release date is scheduled.

| Parole Review Information |

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |